THE PEOPLE OF THE STATE OF NEW YORK ex rel. FREDERICK HOWARD, Respondent, *v.* THE BOARD OF SUPERVISORS OF THE COUNTY OF ERIE et al., Appellants.

*People ex rel. Howard* v. *Supervisors of Erie,* 42 App. Div. 510, affirmed. (Argued October 3, 1899; decided October 17, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered August 2, 1899, affirming an order of Special Term directing the issuance of a peremptory writ of mandamus.

*John W. Fisher* for appellants.

*Tracy C. Becker* and *Simon Fleischmann* for respondent.

Order affirmed, with costs, on opinion below.
All concur

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HORACE G. YOUNG, as Trustee of THOMAS CORNELL, Deceased, Respondent, *v.* ADDISON E. DEDERICK, as Assessor of the City of Kingston, Appellant

*People ex rel. Young* v. *Dederick,* 40 App. Div. 570, affirmed.
(Submitted October 3, 1899; decided October 17, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 17, 1899, affirming an order of Special Term in certiorari proceedings reviewing and vacating an assessment.

*John W. Searing* for appellant.

*Amos Van Etten* and *H. C. Soop* for respondent.

Order affirmed, with costs; no opinion.
All concur.